## Stewart v. Old Knox Mining Company.

[No. 12,658.    Filed December 21, 1926.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between A. T. Stewart and the Old Knox Mining Company. From the decision of the Industrial Board, the former appeals. *Affirmed.* By the court in banc.

*John A. Riddle,* for appellant.
*White & Wright,* for appellee.

PER CURIAM.—Judgment affirmed on the authority of *Calumet, etc., Machine Co.* v. *Mroz* (1923), 80 Ind. App. 619, 141 N. E. 883.

### DISSENTING OPINION.

NICHOLS, J.—I cannot concur in the opinion of the majority in this case. I am still of the opinion that the law should be as expressed in *Calumet, etc., Machine Co.* v. *Mroz* (1922), 79 Ind. App. 305, 137 N. E. 627, and in the dissenting opinion of Batman, J., in *Calumet, etc., Machine Co.* v. *Mroz* (1923), 80 Ind. App. 619, 141 N. E. 884, in which dissenting opinion, I concurred. I am still fully convinced that when a workman, having previously lost the sight of one eye, loses the sight of the other eye in due course of employment, he should receive compensation for permanent total disability.

## City of Indianapolis v. Fullgraf.

[No. 12,606.    Filed December 22, 1926.]

From Marion Superior Court (A 25,982); *Clinton H. Givan,* Judge.

Action between the city of Indianapolis and Margaret Fullgraf. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*William Bosson* and *William T. Bailey,* for appellant.
*Leo X. Smith* and *N. E. Elliott,* for appellee.

PER CURIAM.—Judgment affirmed.